UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 11-4444 CAS (JEMx) | Date | July 7, 2011 |
|---|---|---|---|
| Title | INDUSTRY CONCEPT HOLDINGS, INC.; ET AL. v. ALAN ELGORT; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | LAURA ELIAS | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Wendy C. Freedman | Joseph Hoats |
| Shanen Prout | Scott Shaw |
| | Steven Kurtz |
| | Jon Leader |

**Proceedings:** **ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND CONTINUING PRELIMINARY INJUNCTION HEARING**

The Court hereby DISSOLVES the Temporary Restraining Order (TRO) issued in this action on May 25, 2011. Plaintiffs are hereby ORDERED to return to the proper defendants, at plaintiffs' expense, all items seized during the execution of the Seizure Order. Defendants, as substitute custodians, shall maintain and preserve the seized items pending further order of this Court. All items seized shall be made available for inventory or inspection by any party, or any party's counsel, upon reasonable notice during normal business hours.

The parties shall serve one another with all documents and declarations previously filed with the Court on or before July 14, 2011. Plaintiffs shall submit any additional declarations and exhibits in support of their Motion for Preliminary Injunction on or before July 21, 2011. Defendants shall file any oppositions and additional declarations and exhibits on or before July 28, 2011. The Court hereby CONTINUES plaintiffs' Motion for a Preliminary Injunction and plaintiffs' Ex Parte Application for an Asset Freeze Order and Order to Repatriate and Turn Over Funds to **August 1, 2011, at 12:00 P.M.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4444 CAS (JEMx) | Date | July 7, 2011 |
|---|---|---|---|
| Title | INDUSTRY CONCEPT HOLDINGS, INC.; ET AL. v. ALAN ELGORT; ET AL. | | |

In light of the Court dissolving the TRO and ordering the return of the Macintosh computer to Pacific Apparel forthwith, plaintiffs' Ex Parte Motion for Clarification of the Court's Order Dated June 8, 2011 is hereby DENIED as moot.

The Court vacates its Order to Temporarily Seal the Case and orders the above-referenced action unsealed forthwith.

IT IS SO ORDERED.

|  | 00 | : | 44 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |