
1  Jon M. Leader (Cal. Bar No. 147059)
   jleader@lglaw.la
2  Gary J. Gorham (Cal. Bar No. 171061)
3  ggorham@lglaw.la
   Andrew W. Twietmeyer (Cal. Bar No. 254436)
4  atwietmeyer@lglaw.la
5  LEADER GORHAM LLP
   1990 South Bundy Drive, Suite 390
6  Los Angeles, California 90025
7  Telephone:  (310) 696-3300
   Telecopy:   (310) 696-3305
8

9  Karen J. Bernstein (*Pro Hac Vice* Admission Pending)
   kjb@karenbernsteinlaw.com
10 Law Offices of Karen J. Bernstein, LLC
11 100 Park Avenue, Suite 1600
   New York, New York  10017
12 Telephone: (212) 339-9955
13 Telecopy:  (212) 339-0046

14
   Attorneys for Defendant
15 VL RAYMER

16
                   UNITED STATES DISTRICT COURT
17             FOR THE CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
18

19 | INDUSTRY CONCEPT HOLDINGS,        | **DOCUMENT FILED UNDER SEAL**
20 | INC., a Colorado corporation and  |
   | PRIMP,                            | Case No. CV 11-04444 CAS (JEMx)
21 | INC., a Colorado corporation,     |
22 |                                   | **DECLARATION OF KAREN J.**
   |        Plaintiffs,                | **BERNSTEIN IN SUPPORT OF**
23 |                                   | **OPPOSITION TO ORDER TO**
24 |        v.                         | **SHOW CAUSE RE PRELIMINARY**
   |                                   | **INJUNCTION AND SEIZURE**
25 | ALAN ELGORT, an individual, GREG  | **ORDER**
26 | LORBER, an individual, LARRY      |
   | MONTOYA, an individual, ANDREW    | Date: July 7, 2011
27 | PAYNE, an individual, FANNY       | Time: 10:00 a.m.
28 | GARCIA, an individual, PACIFIC    | Place: Courtroom 5

                                        1
                                                    Case No. CV 07-05368 DDP (JCx)
       DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
                         OSC RE PRELIMINARY INJUNCTION

Jon M. Leader (Cal. Bar No. 147059)
jleader@lglaw.la
Gary J. Gorham (Cal. Bar No. 171061)
ggorham@lglaw.la
Andrew W. Twietmeyer (Cal. Bar No. 254436)
atwietmeyer@lglaw.la
LEADER GORHAM LLP
1990 South Bundy Drive, Suite 390
Los Angeles, California 90025
Telephone:  (310) 696-3300
Telecopy:   (310) 696-3305

Karen J. Bernstein (*Pro Hac Vice* Admission Pending)
kjb@karenbernsteinlaw.com
Law Offices of Karen J. Bernstein, LLC
100 Park Avenue, Suite 1600
New York, New York 10017
Telephone: (212) 339-9955
Telecopy:  (212) 339-0046

Attorneys for Defendant
VL RAYMER

**ORIGINAL**

FILED 2011 JUL -6 PM 3:41 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| INDUSTRY CONCEPT HOLDINGS, INC., a Colorado corporation and PRIMP, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN ELGORT, an individual, GREG LORBER, an individual, LARRY MONTOYA, an individual, ANDREW PAYNE, an individual, FANNY GARCIA, an individual, PACIFIC | **DOCUMENT FILED UNDER SEAL**<br><br>Case No. CV 11-04444 CAS (JEMx)<br><br>**DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND SEIZURE ORDER**<br><br>Date: July 7, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5 |

1

Case No. CV 07-05368 DDP (JCx)

DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS'
OSC RE PRELIMINARY INJUNCTION

| | |
|---|---|
| APPAREL, LLC, a Nevada corporation, JULIE SAENZ, an individual, HAUTLOOK, a California corporation, MARQUETTE COMMERCIAL FINANCE, a Texas corporation, VL RAYMER, an individual, and JOHN DOES 1 through 10,<br><br>Defendants. | 312 No. Spring Street<br>Los Angeles, CA 90012<br><br>Complaint filed: May 24, 2011<br>Trial Date: None Set<br>Hearing Date: July 7, 2011 |

I, KAREN J. BERNSTEIN, declare as follows:

1. I am a member of the Bar of the State of New York and a Principal of the Law Offices of Karen J. Bernstein, LLC. My admission *pro hac vice* is pending before this Court to represent Defendant VL Raymer ("Ms. Raymer") in this matter. I have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of VL Raymer's Opposition to Order to Show Cause re Preliminary Injunction.

3. On June 14, 2011, Ms. Raymer retained me through a referral for a consultation to investigate the merits of Plaintiffs' complaint as to Ms. Raymer.

4. On June 20, 2011, before Ms. Raymer formally retained my firm to represent her in this matter, I contacted Plaintiffs' counsel to discuss the Plaintiffs' meritless complaint and to try to convince Plaintiffs from continuing the present lawsuit. Plaintiffs' counsel refused to consider dismissing any of the claims made against Ms. Raymer and instead asked me whether my firm would accept, on Ms. Raymer's behalf, service of process of the Summons and Complaint in the instant action. Having not been formally retained by Ms. Raymer, I advised counsel I would not accept service of process.

5. On June 21, 2011, Ms. Raymer formally retained my firm to serve as lead counsel in this matter, but I am not admitted to practice before this Court, so suitable local co-lead counsel needed to be secured.

6. The firm of Leader Gorham, LLP was finally secured to serve as local co-

2

Case No. CV 07-05368 DDP (JCx)
DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' OSC RE PRELIMINARY INJUNCTION

lead counsel for Ms. Raymer on June 30, 2011.

7. After the Leader Gorham firm had been secured to represent Ms. Raymer in this matter, I contacted counsel for co-Defendant Marquette Commercial Finance ("Marquette") to learn of the actions taken in this lawsuit thus far (since the instant matter has been filed under seal), only to find out from Marquette counsel that the OSC hearing on Plaintiffs' Application for a Preliminary Injunction ("Plaintiffs' Application") had been adjourned to July 7, 2011 with opposing briefs due by June 23, 2011.

8. I also learned from Marquette's counsel that they were awaiting service of Plaintiffs' First Amended Complaint.

9. On July 5, 2011, I had a teleconference with Plaintiffs' counsel to advise her that counsel for Ms. Raymer had been retained and that we were now authorized to accept service of process of the papers filed in the litigation, including the First Amended Complaint. I also again attempted to persuade Plaintiffs' counsel to dismiss several of the claims, including the claims for trademark counterfeiting. Plaintiffs' counsel advised me that she would not dismiss any of the claims against Ms. Raymer and would serve the First Amended Complaint on Ms. Raymer's counsel at the July 7, 2011 OSC Hearing.

10. In addition, I asked Plaintiffs' counsel during our July 5, 2011 teleconference what Plaintiffs hoped to accomplish by obtaining a Preliminary Injunction against Ms. Raymer, and was advised it was to prohibit Ms. Raymer from using the Primp.com domain name.

11. I also advised Plaintiffs' counsel during our July 5, 2011 teleconference that Ms. Raymer would be filing an opposition to Plaintiffs' Application and Plaintiffs' counsel would not stipulate to the filing of Ms. Raymer's opposition brief. Accordingly, I advised Plaintiffs' counsel that Ms. Raymer would be seeking leave of Court to oppose Plaintiffs' Application and her counsel would be attending the July 7,

3

Case No. CV 07-05368 DDP (JCx)
DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' OSC RE PRELIMINARY INJUNCTION

2011 OSC hearing.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 6th day of July, 2011, at New York, New York.

Karen J. Bernstein

4

Case No. CV 07-05368 DDP (JCx)
DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPPOSITION TO PLAINTIFFS' OSC RE PRELIMINARY INJUNCTION

PROOF OF SERVICE
1013A(3) CCP

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1990 South Bundy Dr., Suite 390, Los Angeles, CA 90025.

On July 6, 2011, I served the foregoing document described as: **DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF OPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND SEIZURE ORDER** on the interested parties in this action:

[X] BY OVERNIGHT: By placing the document(s) listed above in a sealed envelope addressed as set forth below, and causing the envelope to be delivered overnight by Federal Express ON THE FOLLOWING ONLY:

[X] BY E-MAIL: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above (or on the attached service list). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful ON THE FOLLOWING ONLY:

| | |
|---|---|
| Scott Shaw, Esq.<br>Debbie Gubernick, Esq.<br>CALL & JENSEN<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660 | Attorneys for Defendants – **VIA EMAIL**<br>Hautelook, Inc.<br>Telephone: 949-717-3000<br>Facsimile: 949-717-3100<br>Email: sshaw@calljensen.com<br>dgubernick@calljensen.com |
| Pacific Apparel, LLC<br>4501 E, 50th Street<br>Vernon, CA 90058<br><br>Joseph Miranda Hoats, Esq.<br>LAW OFFICES OF JOSEPH M. HOATS<br>12672 Limonite Ave., Suite 3E #345<br>Corona, CA 92880 | Defendant- **VIA OVERNIGHT MAIL**<br>Telephone: (323) 585-5281<br>Facsimile: (323) 585-3068<br>Email: glorber@lorberent.com<br><br>COURTESY COPY- **VIA OVERNIGHT MAIL**<br>Telephone: (310) 920-5806<br>Facsimile: (626) 529-0834 |
| Greg Lorber<br>Pacific Apparel, LLC | Defendant- **VIA OVERNIGHT MAIL**<br>Telephone: (323) 585-5281 |

1
PROOF OF SERVICE

| | |
|---|---|
| 4501 E, 50th Street<br>Vernon, CA 90058 | Facsimile: (323) 585-3068<br>Email: glorber@lorberent.com |
| Andrea Payne<br>Pacific Apparel, LLC<br>4501 E, 50th Street<br>Vernon, CA 90058 | Defendant- **VIA OVERNIGHT MAIL**<br>Telephone: (323) 585-5281<br>Facsimile: (323) 585-3068<br>Email: apayne@lorberent.com |
| Wendy Clare Freedman, Esq.<br>CLARE PAULIN LLP<br>9663 Santa Monica Blvd., Suite 368<br>Beverly Hills, CA 90210 | Attorney for Plaintiffs Industry Concept Holdings, Inc. and Primp, Inc. – **VIA PERSONAL DELIVERY**<br>Telephone: 310-777-7590<br>Facsimile: 310-777-8831<br>E-mail: wendyfreedman@ca.rr.com |

[X] BY PERSONAL SERVICE: by placing_ the original X a true copy thereof enclosed in sealed envelopes addressed as set forth below (or as addressed on the attached mailing_ list) and _gave it to a professional messenger service for service ON THE FOLLOWING ONLY:

**Judge's copy- via Hand Delivery**

U. S. District Court
Chambers of Judge Cristina A. Snyder
312 North Spring Street, Courtroom 5
Los Angeles, CA 90012

Wendy Clare Freedman, Esq.
CLARE PAULIN LLP
9663 Santa Monica Blvd., Suite 368
Beverly Hills, CA 90210

[X] I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 6, 2011

Thao Vu