Betty J. Levine, Esq. SBN 203830
HALLSTROM, KLEIN & WARD, LLP
betty@hkwllp.com
15615 Alton Pkwy. Suite 175
Irvine, CA 92618
Tel. (949) 450-8500; Fax (949) 450-1588
Attorneys for Plaintiffs,
Industry Concepts Holdings, Inc. et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRY CONCEPT HOLDINGS, INC., a Colorado corporation and PRIMP, INC., a Colorado corporation<br><br>Plaintiff(s), | CASE NUMBER<br><br>CV 11-4444 CAS (JEMx) |
| ALAN ELGORT, an individual, GREG LORBER, an individual, LARRY MONTOYA, an individual, ANDREA PAYNE, an individual, FANNY GARCIA, an individual, (continued on attached caption sheet)<br><br>Defendant(s). | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) MARQUETTE COMMERCIAL FINANCE, a Texas corporation and VL RAYMER, an individual
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Plaintiffs, without prejudice.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

August 8, 2011
Date

*Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

Grant J. Hallstrom, Esq. SBN 203830
granth@hkwllp.com
Betty J. Levine, Esq. SBN 105971
Betty@hkwllp.com
Timothy D. Otte, Esq. SBN 172425
Tim@hkwllp.com
HALLSTROM, KLEIN & WARD, LLP
15615 Alton Parkway, Suite 175
Irvine, CA 92618
Tel: (949) 450-8500
Fax: (949) 450-1588

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDUSTRY CONCEPT HOLDINGS, INC., a Colorado corporation and PRIMP, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAN ELBORT, AN INDIVIDUAL, GREG LORBER, an individual, LARRY MONTOYA, an individual, ANDREA PAYNE, an individual, PACIFIC APPAREL, LLC, a Nevada corporation, JULIE SANZE, an individual, HAUTELOOK, a California corporation, MARQUETTE COMMERCIAL FINANCE, a Texas corporation, VL RAYMER, an individual, and JOHN DOES 1 through 10,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS | Case No: CV11-4444 CAS (JEMx)<br><br>Honorable Christina A. Snyder |

- 1 -

ATTACHMENT CAPTION PAGE

Grant J. Hallstrom, Esq., SBN 203830
grant@hkwllp.com
Betty J. Levine, Esq., SBN 105971
betty@hkwllp.com
Timothy D. Otte, Esq. SBN 172425
tim@hkwllp.com
HALLSTROM, KLEIN & WARD, LLP
15615 Alton Pkwy, Ste. 175
Irvine, California 92618
Telephone: (949) 450-8500;
Facsimile: (949) 450-1588

Attorneys for Plaintiffs, Industry Concept Holdings, Inc., a Colorado corporation and Primp, Inc., a Colorado corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| INDUSTRY CONCEPT HOLDINGS, INC., a Colorado corporation and PRIMP, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN ELGORT, an individual, GREG LORBER, an individual, LARRY MONTOYA, AN INDIVIDUAL, FANNY GARCIA, an individual, PACIFIC APPAREL, LLC, a Nevada corporation, JULIE SAENZ, an individual, HAUTELOOK, a California corporation, MARQUETTE COMMERCIAL FINANCE, a Texas corporation, VL RAYMER, an individual, and JOHN DOES 1 through 10,<br><br>Defendants. | Case No.: CV11 04444 CAS (JEMx)<br><br>**CERTIFICATE OF SERVICE**<br><br>**Assigned for all purposes to the Hon. Christina A. Snyder**<br><br>**Courtroom 5** |

AND RELATED COUNTERCLAIMS

# CERTIFICATE OF SERVICE

(United States District Court, Central District of California)

I AM EMPLOYED IN THE County of Orange, State of California. I declare that I am employed in the offices of a member of this Court at whose direction this service was made. I am over the age of 18 and am not a party to the above-referenced action. My business address is 15615 Alton Parkway, Suite 175, Irvine, CA 92618.

On August 8, 2011, I have served the following documents described as:
**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**
On the following person(s) in the manner indicated below:

**X** By Electronic Service – I caused the document to be served on the Filing User by the court via the Court's Notice of Electronic Filing ("NEF");

**X** By Facsimile Transmission – On this date, at the time indicated on the transmittal sheet, I transmittal from a facsimile machine with the telephone number (949) 450-1588, the document described above to the person and at the facsimile telephone number set forth in the attached service List. The above-described transmission was reported as completed and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on August 8, 2011, at Irvine, California.

_____
Debi Pugliese, Declarant

INDUSTRY CONCEPT HOLDINGS V. ELGORT, ET AL.

2:11-CV-04444-CAS-(JEMx)

Service List

<u>Judge's Copy – Via Facsimile</u>

| | |
|---|---|
| U.S. District Court<br>Chambers of Judge Cristina A. Snyder<br>312 N. Spring Street, Courtroom 5<br>Los Angeles, CA 90012 | Fax No. 213-894-0249 |
| Wendy Clare Freedman, Esq.<br>CLARE PAULIN, LLP<br>9663 Santa Monica Blvd., Ste 368<br>Beverly Hills, CA 90210 | Attorney for Plaintiffs Industry<br>Holding, Inc. and Primp, Inc.<br>Tel. 310-777-7590<br>Fax 310-777-8831<br>Email: wendyfreedman@cc.rr.com |
| Steven N. Kurtz, Esq.<br>Anne C. Manalili, Esq.<br>Levinson, Arshonsky & Kurtz, LLP<br>1303 Ventura Blvd. Ste 1650<br>Sherman Oaks, CA 91403 | Attorneys for Defendant Marquette<br>Commercial Finance, Inc.<br>Tel. 818-382-3434<br>Fax 818-382-3433<br>Email: skurtz@laklawyers.com<br>    amanalili@laklawyers.com |
| Scott P. Shaw, Esq.<br>Deborah A. Gubernick, Esq.<br>Jacqueline Beaumont, Esq.<br>Call & Jensen<br>610 Newport Center Drive, Ste 700<br>Newport Beach, CA 92660 | Attorneys for Defendant Hautelook<br>Tel. 949-717-3000<br>Fax 949-717-3100<br>Email: sshaw@calljensen.com<br>    dgubernick@calljensen.com<br>    jbeaumont@calljensen.com |
| Joseph Miranda Hoats, Esq.<br>Law Offices of Joseph M. Hoats<br>12672 Limonite Ave., Suite 3E#345<br>Corona, CA 92880 | Attorneys for Defendants<br>Pacific Apparel, LLC, Andrea Payne<br>Alan Elgort, Fanny Garcia, Greg Lorber<br>Julie Saenz, Larry Montoya<br>Tel. 310-920-5806<br>Fax 310-626-529-0834<br>Email: josephhoats@hotmail.com |