Grant J. Hallstrom, Esq., SBN 203830
grant@hkwllp.com
Betty J. Levine, Esq., SBN 105971
betty@hkwllp.com
Timothy D. Otte, Esq. SBN 172425
tim@hkwllp.com
HALLSTROM, KLEIN & WARD, LLP
15615 Alton Pkwy, Ste. 175
Irvine, California 92618
Telephone: (949) 450-8500;
Facsimile: (949) 450-1588

Attorneys for Plaintiffs, Industry Concept Holdings, Inc., a Colorado corporation and Primp, Inc., a Colorado corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| INDUSTRY CONCEPT HOLDINGS, INC., a Colorado corporation and PRIMP, INC., a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN ELGORT, an individual, GREG LORBER, an individual, LARRY MONTOYA, AN INDIVIDUAL, FANNY GARCIA, an individual, PACIFIC APPAREL, LLC, a Nevada corporation, JULIE SAENZ, an individual, HAUTELOOK, a California corporation, MARQUETTE COMMERCIAL FINANCE, a Texas corporation, VL RAYMER, an individual, and JOHN DOES 1 through 10,<br><br>Defendants. | Case No.: CV11 04444 CAS (JEMx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT, HAUTELOOK, A CALIFORNIA CORPORATION**<br><br>Date: September 12, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5<br><br>**Assigned for all purposes to the Hon. Christina A. Snyder** |

AND RELATED COUNTERCLAIMS

1
NOTICE OF MOTION AND MOTION TO DISMISS

Comes now Plaintiffs, INDUSTRY CONCEPT HOLDINGS, INC., and PRIMP, INC. ("Plaintiffs"), by its attorneys, Hallstrom, Klein & Ward, LLP and pursuant to the provisions of FRCP 41 (a) (2) and Local Rule 41-2, who hereby move this Court for an Order dismissing Defendant HAUTELOOK ("Hautelook") from this matter.

On July 22, 2011, Hautelook, by and through its counsel, filed its Answer to Plaintiffs' First Amended Complaint. FRCP 41 (a) (2) states in pertinent part,

"…Except as provided in paragraph (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the court… Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice."

Wherefore, Plaintiffs respectfully request that this Honorable Court enter an Order dismissing Hautelook from this matter in its entirety, without prejudice.

Respectfully submitted,

HALLSTROM, KLEIN & WARD, LLP

_____
Betty J. Levine, Esq. attorneys for
INDUSTRY CONCEPT HOLDING, INC.,
and PRIMP, INC., Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

(United States District Court, Central District of California)

I AM EMPLOYED IN THE County of Orange, State of California. I declare that I am employed in the offices of a member of this Court at whose direction this service was made. I am over the age of 18 and am not a party to the above-referenced action. My business address is 15615 Alton Parkway, Suite 175, Irvine, CA 92618.

On August 11, 2011, I have served the following documents described as:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING DEFENDANT, HAUTELOOK, A CALIFORNIA CORPORATION**

On the following person(s) in the manner indicated below:

**X**  Via Electronic Service – I caused the document to be served on the Filing User by the court via the Court's Notice of Electronic Filing ("NEF");

**X**  Via Email Transmission – On this date, via email transmission to:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on August 11, 2011, at Irvine, California.

_____
Debi Pugliese, Declarant

1
CERTIFICATE OF SERVICE

INDUSTRY CONCEPT HOLDINGS V. ELGORT, ET AL.

2:11-CV-04444-CAS-(JEMx)

Service List

| | |
|---|---|
| Wendy Clare Freedman, Esq.<br>CLARE PAULIN, LLP<br>9663 Santa Monica Blvd., Ste 368<br>Beverly Hills, CA 90210 | Attorney for Plaintiffs Industry Holding, Inc. and Primp, Inc.<br>Tel. 310-777-7590<br>Fax 310-777-8831<br>Email: **wendyfreedman@cc.rr.com** |
| Steven N. Kurtz, Esq.<br>Anne C. Manalili, Esq.<br>Levinson, Arshonsky & Kurtz, LLP<br>1303 Ventura Blvd. Ste 1650<br>Sherman Oaks, CA 91403 | Attorneys for Defendant Marquette Commercial Finance, Inc.<br>Tel. 818-382-3434<br>Fax 818-382-3433<br>Email: **skurtz@laklawyers.com**<br>**amanalili@laklawyers.com** |
| Scott P. Shaw, Esq.<br>Deborah A. Gubernick, Esq.<br>Jacqueline Beaumont, Esq.<br>Call & Jensen<br>610 Newport Center Drive, Ste 700<br>Newport Beach, CA 92660 | Attorneys for Defendant Hautelook<br>Tel. 949-717-3000<br>Fax 949-717-3100<br>Email: **sshaw@calljensen.com**<br>**dgubernick@calljensen.com**<br>**jbeaumont@calljensen.com** |
| Joseph Miranda Hoats, Esq.<br>Law Offices of Joseph M. Hoats<br>12672 Limonite Ave., Suite 3E#345<br>Corona, CA 92880 | Attorneys for Defendants<br>Pacific Apparel, LLC, Andrea Payne<br>Alan Elgort, Fanny Garcia, Greg Lorber<br>Julie Saenz, Larry Montoya<br>Tel. 310-920-5806<br>Fax 310-626-529-0834<br>Email: **josephhoats@hotmail.com** |

2

CERTIFICATE OF SERVICE