UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4444 CAS (JEMx) | Date | August 19, 2011 |
|---|---|---|---|
| Title | INDUSTRY CONCEPT HOLDINGS, INC.; ET AL. v. ALAN ELGORT; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| RITA SANCHEZ | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers:) ORDER DISMISSING DEFENDANTS MARQUETTE COMMERCIAL FINANCE AND VL RAYMER WITHOUT PREJUDICE

The Court is in receipt of plaintiffs' Notice of Dismissal, requesting that defendants Marquette Commercial Finance, and VL Raymer be dismissed from the matter without prejudice. See Dkt. 135. The Court is also in receipt of VL Raymer's Answer, see Dkt. 138, Amended Answer and Counter-Complaint, see Dkt. 148, and Opposition to plaintiff's Notice of Dismissal, see Dkt. 155.

Pursuant to plaintiff's Notice of Dismissal, the Court hereby DISMISSES defendants Marquette Commercial Finance and VL Raymer from this matter in its entirety, without prejudice. The Court hereby STRIKES VL Raymer's Answer and Amended Answer and Counter-Complaint without prejudice. See Dkts. 138 & 148. The Court expressly retains jurisdiction over all current and former parties to consider motions for sanctions and other relief against plaintiffs and/or plaintiffs' prior counsel, Wendy Freedman.

IT IS SO ORDERED.

| | | 00 : 00 |
|---|---|---|
| | Initials of Preparer | RS |